WK:JBD
F. #2022R00567

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

DOMINICK FRANK MARTINO,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

**TO BE FILED UNDER SEAL**

**APPICATION IN SUPPORT OF AN ARREST WARRANT**

21 U.S.C. § 841(a)(1))

No. 23-MJ-438

EASTERN DISTRICT OF NEW YORK, SS:

        ORLANDO TACTUK, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

        On or about May 3, 2022, within the Eastern District of New York and elsewhere, the defendant DOMINICK FRANK MARTINO did knowingly and intentionally distribute a controlled substance, which offense involved a substance containing cocaine, a Schedule II controlled substance.

        (Title 21, United States Code, Section 841(a)(1))

        The source of your deponent's information and the grounds for his belief are as follows:[1]

        1.     I am a Special Agent with the Federal Bureau of Investigation ("FBI") and

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

have been involved in the investigation of numerous cases involving drug trafficking, including those involving the trafficking of cocaine.  I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file; and from reports of other law enforcement officers involved in the investigation.

2. On or about May 3, 2022, the defendant DOMINICK FRANK MARTINO, along with at least one other co-conspirator ("CC-1"), sold approximately one kilogram of a substance containing cocaine to a confidential source ("CS") who is known to me and who has previously provided reliable information to law enforcement, at a meeting that occurred in a shopping plaza parking lot in Whitestone, New York.

3. Specifically, during that meeting, the defendant DOMINICK FRANK MARTINO and CC-1 provided CS with a package containing a white powdery substance weighing approximately one kilogram in exchange for approximately $30,000.

4. A controlled substance analysis was subsequently performed on the substance CS purchased from the defendant DOMINICK FRANK MARTINO and CC-1, which confirmed that the substance contained cocaine.

5. During that meeting, which was captured by an electronic audio recording device, the defendant DOMINICK FRANK MARTINO and CC-1 indicated to CS that they would be willing to sell CS additional quantities of cocaine.  Specifically, the defendant DOMINICK FRANK MARTINO informed CS that he and CC-1 had six additional kilograms of cocaine available to sell to CS.  CC-1 then clarified that they had an additional seven kilograms of cocaine available for sale.

6. Following the May 3, 2022 meeting, the defendant DOMINICK FRANK MARTINO and CC-1 met with CS in the same shopping plaza parking lot in Whitestone, New

York on approximately five more occasions, which were also recorded, to discuss selling CS additional quantities of cocaine.

7.      On one of those occassions, the defendant DOMINICK FRANK MARTINO and CC-1 provided CS with a package containing a white powdery substance weighing approximately one kilogram in exchange for approximately $29,000.

8.      A controlled substance analysis was subsequently performed on the substance CS purchased from the defendant DOMINICK FRANK MARTINO and CC-1 on July 29, 2022, which confirmed that the substance contained cocaine.

WHEREFORE, your deponent respectfully requests that the defendant DOMINICK FRANK MARTINO be dealt with according to law.   In addition, it is respectfully requested that this complaint and the requested arrest warrant remain under seal until the defendant is arrested in order to prevent the defendant's flight.

/s/ Orlando Tactuk
ORLANDO TACTUK
Special Agent, Federal Bureau of Investigation

Sworn to before me this
__8th_ day of May, 2023

*Lois Bloom*
HONORABLE LOIS BLOOM
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK